IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **Charles Hook, Individually and On Behalf of All Others Similarly Situated,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**Intelius, Inc.,** *et al.,*<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)   **CIVIL ACTION NO. 5:10-CV-239(MTT)**<br>)<br>)<br>)<br>)<br>)<br>) |

## **PROPOSED ORDER VACATING TAXATION OF COSTS**

Pursuant to the Consent Motion of the Parties, the Court hereby enters the following Order:

1. On January 23, 2013 the Clerk of this Court Entered a TAXATION OF COSTS (Doc. 58) in the amount of $2,878.04 against the Plaintiff.

2. Pursuant to the Final Judgment entered in *Keithly v. Intelius, et al.*, Case No. C09-1485-RSL in the United States District Court for the Western district of Washington on December 6, 2012 annexed to the Consent Motion as Exhibit "A," the rights of the Parties as against each other have already been determined by a court of competent jurisdiction.

3. The Clerk shall therefore VACATE the taxation of costs against the Plaintiff and shall thereafter close this Case.

**SO ORDERED** this 30th day of January, 2013.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
